474 A.2d 652

Commonwealth v. Hall, Appellant.
Petition for Allowance of Appeal
Denied Sept. 5, 1984.

Argued December 9, 1983. Leslie J. Carson, Jr., for appellant; Frances G. Gerson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Judgment of sentence affirmed.